FILED IN OPEN COURT
6.17.2020
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                    CASE NO. 3:20-cr-86-J-34PDB

SETH GUTERMAN

## MOTION FOR CAPIAS

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for SETH GUTERMAN, against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Tysen Duva
Assistant United States Attorney
Florida Bar No. 0603511
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: tysen.duva@usdoj.gov